IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

DONNA M. HARRAH,

    Plaintiff,

v.    Civil Action No. 4:11cv49

BANK OF AMERICA,
NATIONAL ASSOCIATION,

    Defendant.

### AGREED ORDER

Upon the Motion of FIA Card Services, N.A. misidentified as Bank of America, National Association ("FIA"), by counsel, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7(J) of the Local Rules of this Court, there being no objection from the Plaintiff, and it otherwise appearing right and proper so to do, the Court hereby GRANTS FIA's Motion for Enlargement of Time and ORDERS that FIA shall have by and through May 20, 2011 to file its response to the Complaint.

Entered this 27 day of Apr. , 2011.

/s/
Tommy E. Miller
United States Magistrate Judge

~~United States District Court Judge~~

US_ACTIVE-106002546.1

- 2 -

WE ASK FOR THIS:

_____
Travis A. Sabalewski, Esquire (VSB #47368)
Justin M. Sizemore, Esquire (VSB #71859)
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
tsabalewski@reedsmith.com
jsizemore@reedsmith.com

    Counsel for Defendant


SEEN AND AGREED:

_____
Leonard A. Bennett, Esquire (VSB #37523)
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, VA 23606
Telephone: 757-930-3660
Facsimile: 757-930-3662
lenbennett@clalegal.com

    Counsel for Plaintiff